## Mary Bridge, Appellant, v. James Dunn et al., Appellees.

### Gen. No. 45,060.

Heard in the first division, first district, this court at the February term, 1950. Wm. E. Rodriguez, for appellant; Richard P. Garrett, of counsel; Channing L. Sentz, for appellees. Opinion by JUSTICE NIEMEYER. **Not to be published in full.** Opinion filed June 19, 1950; rehearing denied June 30, 1950; released for publication September 7, 1950.